UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NETTIE B. WHITLOW,<br><br>                      Plaintiff,<br><br>v.<br><br>VMC REO LLC, *et al.*,<br><br>                      Defendants. | Case No. 25-11458<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
(ECF NO. 16)**

Both before and after Plaintiff Nettie B. Whitlow filed this case, she attempted to remove a state court eviction proceeding to federal court. In both instances, the judges assigned to those cases ruled that removal was improper and remanded the state court eviction proceeding back to state court. (*See* ECF No. 5 in Case No. 24-12665 and ECF No. 10 in Case No. 25-11483).

In this case, plaintiff moves for a temporary restraining order to enjoin further activity in the state court eviction proceeding because the eviction case has been removed to federal court. ECF No. 16. Because the

eviction action was remanded to state case , the Court **RECOMMENDS** that plaintiff's motion for temporary restraining order be **DENIED**.

Dated: July 30, 2025

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

# NOTICE TO THE PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).  If a party fails to timely file specific objections, any further appeal is waived.  *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991)*.*  And only the specific objections to this report and recommendation are preserved for appeal; all other objections are waived.  *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and recommendation to which it pertains.  Within 14 days after service of objections, **any non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the

2

same order and labeled as "Response to Objection #1," "Response to Objection #2," etc. The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation. If the Court determines that any objections lack merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 30, 2025.

                                       s/Davon Allen
                                       DAVON ALLEN
                                       Case Manager