UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NETTIE B. WHITLOW,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>VMC REO LLC, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 25-11458<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING**
**PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE (ECF NO. 17)**

　　Both before and after Plaintiff Nettie B. Whitlow filed this case, she attempted to remove a state court eviction proceeding to federal court. In both instances, the judges assigned to those cases ruled that removal was improper and remanded the state court eviction proceeding back to state court. (*See* ECF No. 5 in Case No. 24-12665 and ECF No. 10 in Case No. 25-11483).

　　In this case, plaintiff moves for this Court to order the state court judge to justify why the state court eviction proceedings have continued its removal to federal court, and to declare the state court proceeding void.

ECF No. 17. Because the eviction proceedings have been remanded to state court, plaintiff's motion to compel is **DENIED**.

Dated: July 30, 2025

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 30, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager