UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NETTIE B. WHITLOW,

Plaintiff,

v.

VMC REO, LLC, et al.,

Defendants.

Case No. 25-11458
Honorable Shalina D. Kumar
Magistrate Judge Elizabeth A. Stafford

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 24),
AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDER (ECF NO. 16)**

---

Plaintiff Nettie Whitlow ("Whitlow"), proceeding pro se, initiated this

case against multiple defendants alleging violations of her civil rights

arising out of the alleged wrongful foreclosure of her home. ECF No. 1.

This case was referred to the assigned magistrate judge for all pretrial

matters pursuant to 28 U.S.C. § 636(b). ECF No. 4.

Whitlow filed a motion for a temporary restraining order to enjoin

further activity in the 14A District Court of Washtenaw County, Michigan

eviction proceeding, because the eviction case had been removed to

federal court. ECF No. 16. On July 30, 2025, the magistrate judge issued a

Report and Recommendation ("R&R"). ECF No. 24. The R&R recommends

that Whitlow's motion be denied because the eviction action was remanded to the state court. *Id.*

Whitlow did not file an objection to the R&R, and the time to do so has expired. *See* Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusion, under a de novo or any other standard, when neither party objects to those findings"); *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373–74 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); *Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the part of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error and finds none.

Accordingly, the Court **ADOPTS** the R&R (ECF No. 24) and **DENIES**

Whitlow's motion for temporary restraining order (ECF No. 16).

**IT IS SO ORDERED.**

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: August 14, 2025