UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NETTIE B. WHITLOW,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>VMC REO LLC, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 25-11458<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

# ORDER DENYING AS MOOT
# PLAINTIFF'S MOTION FOR EXTENSION, PROTECTIVE ORDER, AND ACCOMMODATIONS
# (ECF NO. 33)

　　　Pro se Plaintiff Nettie B. Whitlow moves for an extension of time to appear for her deposition, a protective order, and accommodations for her future deposition. ECF No. 33. Given the Court's recent recommendation to dismiss Whitlow's complaint with prejudice (ECF No. 36) the Court **DENIES** this motion as moot.

　　　　　　　　　　　　　　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　　　ELIZABETH A. STAFFORD
Dated: October 23, 2025　　　　　　United States Magistrate Judge

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 23, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager